IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 05-cv-02376-CBS-PAC

MARK A. MEYER, and
DEBBIE MEYER,
  Plaintiffs,
v.

JOHN MITCHELL, and
GARTH MCWILLIAMS,
  Defendants.
_____

ORDER DENYING UNOPPOSED MOTION TO CONSOLIDATE
_____

  This civil action comes before the court on Defendants' Unopposed Motion to Consolidate Pursuant to D.C. COLO. LCivR 42.1 (filed February 3, 2006) (doc. # 13). Pursuant to the Order of Reference dated January 17, 2006 (doc. # 10), this civil action was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.

  While D.C. COLO. LCivR 42.1 provides that a "motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial," it is limited by D.C. COLO. LCivR 72.2, governing consent jurisdiction of Magistrate Judges.  Because the parties in Civil Action No. 05-cv-02449-REB-CBS, *Brown et al. v. Mitchell*, have not consented to the jurisdiction of a Magistrate Judge to conduct all dispositive matters including trial and

1

entry of a final judgment, Magistrate Judge Shaffer does not have the authority to consolidate these two cases at this time. Accordingly,

IT IS ORDERED that Defendants' Unopposed Motion to Consolidate Pursuant to D.C. Colo. LCivR 42.1 (filed February 3, 2006) (doc. # 13) is DENIED.

DATED at Denver, Colorado, this 7th day of February, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge