IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02376-CBS-PAC (consolidated with 05-cv-02449-CBS-PAC)

MARK A. MEYER, and
DEBBIE MEYER,

    Plaintiffs,

v.

JOHN MITCHELL, and
GARTH MCWILLIAMS,

    Defendants.

---

JESSE BROWN, JR.,
TERRI BROWN,
JASON LAX, and
RENEE LAX,

    Plaintiffs,

v.

JOHN MITCHELL,

    Defendant.

---

## ORDER

THIS MATTER having come before the Court upon Defendants' Unopposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), the Court having reviewed said motion and being fully advised in the premises;

HEREBY ORDERS that the instant motion is **GRANTED**. The above captioned matter shall be transferred to the United States District Court for the Northern District of Indiana.

DATED at Denver, Colorado, this 1st day of March, 2006.

                                    BY THE COURT:

                                    *s/Craig B. Shaffer*
                                    Craig B. Shaffer
                                    United States Magistrate Judge